## Coffeen Coal & Copper Co. v. Jacob Kaubrick.
## Same v. William Kaubrick.
## Same v. James W. Lewis.
## Same v. J. A. Hanner, use, etc.
## Same v. J. C. Brown.

1. CASES—*Governed, etc.*—Coffeen Coal & Copper Co. v. Barry, *supra*, governs these cases.

Memorandum.—Appeal from the Circuit Court of Montgomery County; the Hon. ROBERT B. SHIRLEY, Judge, presiding. Affirmed. Opinion filed February 11, 1895.

LANE & COOPER and JAMES M. TRUITT, attorneys for plaintiff in error.

AMOS MILLER and C. W. BLISS, attorneys for defendants in error.

PER CURIAM.

The points, both of law and fact, in each of these cases, are the same as were presented in the case of the Coffeen Coal & Copper Company v. Barry, decided in this court at this term. For the reasons appearing in the opinion filed in that case, the judgments in each of the foregoing cases is affirmed.